IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER DALE LOVELACE, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LYNCHBURG ADULT ) <br> DETENTION CENTER, ) <br>     Defendant(s). ) | Civil Action No. 7:17-cv-00004 <br><br> **OPINION** <br><br> By:    **James P. Jones** <br> United States District Judge |

Christopher Dale Lovelace, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered January 30, 2017, the court directed plaintiff to submit within 20 days from the date of the Order the required certified inmate account report of the months of July, August, September, October and November of 2016 obtained from the appropriate prison official of each prison at which plaintiff is or was confined during those months. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 28th day of February, 2017.

                                                  /s/James P. Jones
                                                United States District Judge